IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY MCINTOSH,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC., and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,<br><br>    Defendants. | **4:23CV3103**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw Cameron C. Finke as counsel of record for Defendant Walmart, (Filing No. 24), is granted. Cameron C. Finke shall no longer receive electronic notice in this case.

Dated this 29th day of December, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge