FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 OCT 17 PM 3:21

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF REASSIGNMENT )
OF CIVIL CASES PURSUANT TO 28 )
U.S.C. § 636(c) AND FED. R. CIV. P. 73 )   **GENERAL ORDER**
(TRIAL BY A MAGISTRATE JUDGE )   NO. 2016-10
UPON CONSENT WHO IS )
SUCCEEDED IN OFFICE BY A NEW )
MAGISTRATE JUDGE) )

When parties have consented to the trial of a civil case before a magistrate judge pursuant to NECivR 73.1(a) or (b), and the magistrate judge is succeeded in office by a new magistrate judge, each party must file either (1) a consent to trial before the new magistrate judge under 28 U.S.C. § 636(c), or (2) an election for reassignment to a district judge. Failure to file such a consent or election within thirty days of notification of the assignment of the case to the new magistrate judge will result in case reassignment to a district judge.

A copy of this general order will be filed in each case assigned to a magistrate judge pursuant to NECivR 73.1(a) or (b) when such magistrate judge is succeeded in office by a new magistrate judge.

DATED this 17th day of October, 2016.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge